UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TARILYN ELLIOTT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:21-cv-01202-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition in this case, from March 4, 2022, to April 5, 2022.  Good cause exists for this extension, as set forth in the attached Declaration of Daniel P. Talbert.

//

//

//

WHEREFORE, Defendant requests until April 5, 2022, to file her response.

Respectfully submitted,

DATE: March 2, 2022                    */s/ Francesco Benavides*
                                       FRANCESCO BENAVIDES
                                       Attorney for Plaintiff
                                       (as approved via email)

                                       PHILLIP A. TALBERT
                                       United States Attorney

DATE: March 2, 2022          By        */s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

**ORDER**

The parties' stipulated filing, ECF No. 13, is construed as a motion and granted for good cause shown.

IT IS SO ORDERED.

Dated: March 7, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE